OPINION — AG — ** QUESTION ** " THIS IS A REQUEST BY THIS OFFICE TO DETERMINE WHETHER WEST PUBLISHING COMPANY HAS MADE A MISTAKE IN 26 O.S.H. 24(A) AS AMENDED ? " (IN COUNTIES IN WHICH THE SECRETARY OF THE COUNTY ELECTION BOARD ACTS AS EX OFFICIO COUNTY REGISTRAR, COMPENSATION TO THAT OFFICER) — HOUSE BILL NO. 1190 IS THE MOST RECENT AMENDMENT, IT WOULD APPEAR THAT THIS IS THE PRESENTLY EFFECTIVE AMENDMENT. (RICHARD HUFF)